In the Matter of SCHEER REALTY COMPANY, INC., Respondent, *v.* JAMES A. HIGGINS, Commissioner of Accounts of the City of New York, Appellant.

(Submitted June 16, 1931; decided July 15, 1931.)

*Arthur J. W. Hilly, Corporation Counsel (Leonard M. Wallstein, William E. C. Mayer, J. Joseph Lilly* and *Ralph M. Frink* of counsel), for appellant.

No one for respondent.

Order of the Appellate Division and that of Special Term reversed, with costs in the Appellate Division and in this court, and the motion to vacate the subpœnas denied, with ten dollars costs, on the authority of *Matter of Edge Ho Holding Corp.* (256 N. Y. 374); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.